## JAMESON *versus* COLBURN.

In order to bring a cause into the appellate Court by error, all the parties must join in the writ—and it is competent for one to use the name of his co-defendant, without his consent.

This was a motion to compel Evans, one of the co-defendants below, to join in error.

COLLIER, J.—In order to bring a case into the Court, all the parties must join in the writ of error, else it will be quashed, or the case dismissed at the mere motion of the Court.—*Phelps* vs. *Ellsworth,*[a] *Callaghan* vs. *Carr.*[b]  [a] 3 Day's Cases 144. [b] 1 Marshal 22.

It is competent for one, who considers himself aggrieved by a judgment against him, to use the name of his co-defendants in prosecuting a writ of error, without first obtaining their consent; and if, upon the cause coming into the appellate Court, either of the plaintiffs in error decline joining in the assignment of errors, he should be summoned, and on failure to join, be severed, and the writ prosecuted by the other plaintiffs separately[c]—*Bradshaw, et al.* vs *Callaghan, et ux.*[d]  [c] 2 Sellon's Prac. 404 [d] 8 Johns. R. 558.

The Court, therefore, directs. that the summons issue, unless Evans dispense with it, by express waiver.